RICHARD L. COLEMAN and Another, Executors, etc., of LOUIS J. WEINSTEIN, Deceased, Respondents, *v.* HERMAN DORSEN and Another, Appellants.

First Department, January 15, 1932.

*Isaac F. Becker* [*Leonard Klein* with him on the brief], for the appellants.

*Edward Goodell*, for the respondents.

SHERMAN, J. We cannot adopt the view that the complaint is to be sustained upon the theory that plaintiffs are the beneficiaries of the contract pleaded. They are parties to it. The complaint exhibits a unilateral contract whereunder the consideration is supplied by a third party. This is sufficient to sustain a cause of action for its breach. (*Hamilton* v. *Hamilton*, 127 App. Div. 871; 1 Williston Cont. § 114.)

The order appealed from should be affirmed, with ten dollars costs and disbursements to the respondents.

FINCH, P. J., MERRELL, McAVOY and MARTIN, JJ., concur.

Order affirmed, with ten dollars costs and disbursements.